UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS


AMICA MUTUAL INSURANCE COMPANY,
    Plaintiff,


      v.                                    CIVIL ACTION NO.
                                              13-11416-MBB


ROBERT KAHN, as the Administrator
of the Estate of Ruth Solomont,
and HARRIET KAHN,
    Defendants.

**FINAL JUDGMENT**

**August 12, 2014**


**BOWLER, U.S.M.J.**

     The issues having been duly heard and a decision rendered by this court, it is **ORDERED** and **ADJUDGED** that plaintiff is awarded the following declaratory relief:  (1) defendants are not entitled to recover under the subject insurance policy for any underinsured motorist claims arising out of the October 4, 2006 automobile accident involving Ruth Solomont; and (2) plaintiff is entitled to deny coverage for any such claims.  Plaintiff shall recover of defendants its costs under Rule 54(d)(1), Fed. R. Civ. P.


                                        /s/ Marianne B. Bowler
                                        **MARIANNE B. BOWLER**
                                        United States Magistrate Judge